IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.                     Case No.:    1:25-cr-00305-APM

FREDRICK CRAWFORD.

## MOTION TO CONTINUE STATUS HEARING

Comes now the defendant, FREDRICK CRAWFORD, by counsel, and moves this Honorable Court to continue to status hearing set for October 10, 2025, to October 20, 2025, at 2:00 pm.

1. This matter is set for a status hearing on October 10, 2025, at 10:30 am.
2. Newly retained counsel for the defendant, Robert L. Jenkins, Jr., Esq., is unavailable to appear on the currently scheduled date.
3. The United States does not object to the granting of this request.
4. The parties can be available at 2:00 pm on October 20, 2025, for a status hearing.
5. The defendant further consents to the exclusion of time from the Speedy Trial Act calculation the time between October 10, 2025, and October 20, 2025.

I ASK FOR THIS
FREDRICK CRAWFORD

By counsel

_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.: CO0003
1010 Cameron Street
Alexandria, Virginia
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for FREDRICK CRAWFORD

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF this October 9, 2025.

_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.: CO0003
1010 Cameron Street
Alexandria, Virginia
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for FREDERICK CRAWFORD

2